UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAY F. SOUSA and
WILLIAM M. HILL,

    Plaintiffs,                                    Case No. 5:03-cv-246

v                                                  Hon. Wendell A. Miles

M. FERGUSON, Prison Guard, and
KURT JONES, Warden - DRF,

    Defendants.

_____/

## JUDGMENT

In accordance with the court's Order entered this same date,

IT IS ORDERED AND ADJUDGED that plaintiff Kay F. Sousa shall take nothing on her claims against defendants, and that this action is dismissed on the merits.

Dated this 27th day of July, 2005.

                                                              /s/ Wendell A. Miles
                                                             Wendell A. Miles
                                                            Senior U.S. District Judge